UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Joel Brown                           :        Chapter 13
Debtor                                 :

                                        :        Case No. 17-163337 mdc

## ORDER

AND NOW, upon consideration of the Motion to Impose the Automatic Stay and request for an expedited hearing thereon, and sufficient cause being shown, it is hereby:

ORDERED, that the Request for an expedited hearing is Granted, and it is further:

ORDERED, that a hearing to consider the Motion shall be and hereby is scheduled for ___ _October 19_ 2017, at _11:00_ .m. _a.m._. United States Bankruptcy Court, 900 Market Street, 2nd Floor courtroom No. 2, Philadelphia, PA 19107, and it is further;

ORDERED, that written objections or other responsive pleadings to the Application may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

ORDERED, that Movant shall provide notice of the Order and Application to the Office of the United States Trustee, Chapter 13 Trustee and the , Select Portfolio Servicing, Inc. Santander and City of Philadelphia by close of business _October 6, 2017_.

By the Court:

_Magdeline D. C_____
Magdeline D. Coleman
United States Bankruptcy Judge

Dated: _10/6/17_