United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16337-mdc
Joel Brown                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1           Date Rcvd: Oct 06, 2017
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db             +Joel Brown,    3224 W York St.,    Philadelphia, PA 19132-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2017 01:39:48      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
               bkgroup@kmllawgroup.com
              MICHAEL P. KUTZER    on behalf of Debtor Joel  Brown mpkutzer1@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Joel Brown                           :      Chapter 13
Debtor                                  :

                                      :      Case No. 17-163337 mdc

## ORDER

AND NOW, upon consideration of the Motion to Impose the Automatic Stay and request for an expedited hearing thereon, and sufficient cause being shown, it is hereby:

ORDERED, that the Request for an expedited hearing is Granted, and it is further:

ORDERED, that a hearing to consider the Motion shall be and hereby is scheduled for ___ _October 19_ 2017, at _11:00_ .m. _a.m._ . United States Bankruptcy Court, 900 Market Street, 2nd Floor courtroom No. 2, Philadelphia, PA 19107, and it is further;

ORDERED, that written objections or other responsive pleadings to the Application may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

ORDERED, that Movant shall provide notice of the Order and Application to the Office of the United States Trustee, Chapter 13 Trustee and the , Select Portfolio Servicing, Inc. Santander and City of Philadelphia by close of business _October 6, 2017_ .

By the Court:

_Magdeline D. C——_
Magdeline D. Coleman
United States Bankruptcy Judge

Dated: _10/6/17_