UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Joel Brown

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| Debtors | : |  |
|  | : | Case No. 17-16337 mdc |

**ORDER TO PAY THE TRUSTEE**

Pursuant to the provisions of 11U.S.C. 1325(c), and upon praecipe of Debtor, it is hereby **ORDERED** that for a period of 60 months, or until further order of this Court, Debtor's employer, ZPM Management, 15 Foxhall Drive, Newark, DE, 19711 shall deduct from the earnings of the Debtor the sum of $475.00 each month or bi-weekly payments of $237.50 (totaling $475.00 monthly) beginning on the next pay period following receipt of this Order, and forthwith remit these sums to:

William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

The Debtor, Joel Brown, is employed by ZPM Management.

IT IS FUTHER ORDERED that all earnings, wages, commissions and other income of the Debtor be paid to the Debtor or to third parties in accordance with the employer's usual payroll procedure, applicable laws or Court orders, or agreements of the Debtor.

IT IS FURTHER ORDERED that this order shall supersede any previous orders made to the Debtor's employer that pertain to the Debtor in this or in any previous case.

BY THE COURT

*Magdeline D. Coleman*

Magdeline C. Coleman
United State Bankruptcy Judge

DATE: October 30, 2017

.