United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 17-16337-mdc
Joel Brown                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John    Page 1 of 1    Date Rcvd: Oct 30, 2017
                     Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
db        +Joel Brown,   3224 W York St.,   Philadelphia, PA 19132-3337
          +ZPM Management,   attn: payroll controller,   15 Foxhall Drive,   Newark, DE 19711-5941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2017 01:20:25     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
       MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
        in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
        bkgroup@kmllawgroup.com
       MICHAEL P. KUTZER    on behalf of Debtor Joel  Brown mpkutzer1@gmail.com
       REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
        ksweeney@lavin-law.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                  TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Joel Brown

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| Debtors | : |  |
|  | : | Case No. 17-16337 mdc |

_____

**ORDER TO PAY THE TRUSTEE**

    Pursuant to the provisions of 11U.S.C. 1325(c), and upon praecipe of Debtor, it is hereby **ORDERED** that for a period of 60 months, or until further order of this Court, Debtor's employer, ZPM Management, 15 Foxhall Drive, Newark, DE, 19711 shall deduct from the earnings of the Debtor the sum of $475.00 each month or bi-weekly payments of $237.50 (totaling $475.00 monthly) beginning on the next pay period following receipt of this Order, and forthwith remit these sums to:

    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

    The Debtor, Joel Brown, is employed by ZPM Management.

    IT IS FUTHER ORDERED that all earnings, wages, commissions and other income of the Debtor be paid to the Debtor or to third parties in accordance with the employer's usual payroll procedure, applicable laws or Court orders, or agreements of the Debtor.

    IT IS FURTHER ORDERED that this order shall supersede any previous orders made to the Debtor's employer that pertain to the Debtor in this or in any previous case.

BY THE COURT

*Magdeline D. Coleman*
Magdeline C. Coleman
United State Bankruptcy Judge

DATE: October 30, 2017