UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

Joel Brown : Chapter 13

: Case No: 17-16337
Debtor :

---

## ORDER

**AND NOW,** this _16th_ day of _November_ 2017, after notice to all creditors and a hearing, or an opportunity for a hearing, it is

**ORDERED AND DECREED** that the Motion to Impose the Automatic Stay filed by Joel Brown is granted.

By: _/s/ Magdeline D. C_____
Magdeline D. Coleman
United States Bankruptcy Judge