United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16337-mdc
Joel Brown                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Dec 01, 2017
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db            +Joel Brown,    3224 W York St.,    Philadelphia, PA 19132-3337
cr            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13984657      ++DELMARVA POWER & LIGHT COMPANY,    500 N WAKEFIELD DRIVE 92DC42,    LEGAL DEPT 92DC42,
                NEWARK DE 19702-5440
               (address filed with court: Delmarva Power,    P.O. Box 231,    Wilmington, Delaware 19899-0231)
13993896      +Deutsche Bank National Trust Company,    for holders WaMu Series 2007-HE1 Trust,
                c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14013916       Educational Credit Management Corporation,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13984661      +PGW,    800 West Montgomery Avenue,    Philadelphia, Pennsylvania 19122-2806
13984662       Robert G. Lubach,    4783 Limestone Road,    Newark, Delaware 19707-1526
14015812      +Santander Consumer USA Inc.,    c/o William E. Craig, Esq.,    Morton & Craig LLC,
                110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13984663      +Santander consumer USA,    P.O. Box 961245,    Fort Worth, Texas 76161-0244
13984665      +United Water,    2000 First State Blvd,    Wilmington, Delaware 19804-3569
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 02 2017 02:03:23      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2017 02:03:17      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: ally@ebn.phinsolutions.com Dec 02 2017 02:02:29      Ally Financial Inc.,
                P.O. Box 130424,    Roseville, MN 55113-0004
13991546       E-mail/Text: ally@ebn.phinsolutions.com Dec 02 2017 02:02:29      Ally Bank,    PO Box 130424,
                Roseville MN 55113-0004
13984655      +E-mail/Text: ally@ebn.phinsolutions.com Dec 02 2017 02:02:29      Ally Financial,
                P.O. Box 380901,    Bloomington, Minnesota 55438-0901
13984656       E-mail/Text: bankruptcy@phila.gov Dec 02 2017 02:03:23      City of Philadelphia law Department,
                1401 JFK Blvd.,    5th Floor,    Philadelphia, Pennsylvania 19102
13984660      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 02 2017 02:02:34       PECO,    2301 Market St.,
                Philadelphia, Pennsylvania 19103-1380
13998679       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2017 02:02:42
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13984664       E-mail/Text: jennifer.chacon@spservicing.com Dec 02 2017 02:04:00
                Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City , Utah 84165-0250
14021825       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 02 2017 02:12:29       Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13984658       Department of the Treasury, Internal Rev
13984659       Philadelphia, Pennsylvania 19255
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Dec 01, 2017
                              Form ID: pdf900            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:

```
          MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
           in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
           bkgroup@kmllawgroup.com
          MICHAEL P. KUTZER    on behalf of Debtor Joel  Brown mpkutzer1@gmail.com
          REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :

Joel Brown                                     :        Chapter 13

                                               :        Case No: 17-16337
Debtor                                         :

---

## ORDER

**AND NOW,** this _16th_ day of _November_ 2017, after notice to all creditors and a hearing, or an opportunity for a hearing, it is

**ORDERED AND DECREED** that the Motion to Impose the Automatic Stay filed by Joel Brown is granted.

By: _Magdeline D. C_____
Magdeline D. Coleman
United States Bankruptcy Judge