United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16337-mdc
Joel Brown                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 2              Date Rcvd: Dec 15, 2017
                               Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db            +Joel Brown,    3224 W York St.,    Philadelphia, PA 19132-3337
cr            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13984657     ++DELMARVA POWER & LIGHT COMPANY,    500 N WAKEFIELD DRIVE 92DC42,    LEGAL DEPT 92DC42,
                NEWARK DE 19702-5440
               (address filed with court: Delmarva Power,    P.O. Box 231,    Wilmington, Delaware 19899-0231)
13993896     +Deutsche Bank National Trust Company,    for holders WaMu Series 2007-HE1 Trust,
                c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14013916      Educational Credit Management Corporation,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13984661     +PGW,    800 West Montgomery Avenue,    Philadelphia, Pennsylvania 19122-2806
13984662      Robert G. Lubach,    4783 Limestone Road,    Newark, Delaware 19707-1526
14015812     +Santander Consumer USA Inc.,    c/o William E. Craig, Esq.,    Morton & Craig LLC,
                110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13984663     +Santander consumer USA,    P.O. Box 961245,    Fort Worth, Texas 76161-0244
13984665     +United Water,    2000 First State Blvd,    Wilmington, Delaware 19804-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:46     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2017 01:18:30     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: ally@ebn.phinsolutions.com Dec 16 2017 01:17:42     Ally Financial Inc.,
                P.O. Box 130424,    Roseville, MN 55113-0004
13991546      E-mail/Text: ally@ebn.phinsolutions.com Dec 16 2017 01:17:42     Ally Bank,    PO Box 130424,
                Roseville MN 55113-0004
13984655     +E-mail/Text: ally@ebn.phinsolutions.com Dec 16 2017 01:17:42     Ally Financial,
                P.O. Box 380901,    Bloomington, Minnesota 55438-0901
13984656      E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:46     City of Philadelphia law Department,
                1401 JFK Blvd.,    5th Floor,    Philadelphia, Pennsylvania 19102
13984660     +E-mail/Text: bankruptcygroup@peco-energy.com Dec 16 2017 01:17:50     PECO,    2301 Market St.,
                Philadelphia, Pennsylvania 19103-1380
13998679      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:11
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13984664      E-mail/Text: jennifer.chacon@spservicing.com Dec 16 2017 01:19:06
                Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City , Utah 84165-0250
14021825      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 16 2017 01:21:15     Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13984658       Department of the Treasury, Internal Rev
13984659       Philadelphia, Pennsylvania 19255
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Dec 15, 2017
                              Form ID: pdf900            Total Noticed: 20
```
---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
               bkgroup@kmllawgroup.com
              MICHAEL P. KUTZER    on behalf of Debtor Joel  Brown mpkutzer1@gmail.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOEL BROWN                                    Chapter 13

                    Debtor                   Bankruptcy No. 17-16337-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this /4TH day of December, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL KUTZER
1420 WALNUT STREET
SUITE 1188
PHILADELPHIA, PA 19102-3604

Debtor:
JOEL BROWN

3224 WEST YORK STREET

PHILADELPHIA, PA 19132